REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

JUL 22 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:20-CR-42 |
| | ) | Violation: |
| ADAM D. McGIBNEY | ) | 26 U.S.C. §§ 5841 and 5861(d) |

**THE GRAND JURY CHARGES:**

On or about July 19, 2020, in the Northern District of Indiana,

**ADAM D. McGIBNEY,**

defendant herein, did knowingly and unlawfully possess a firearm, namely a black AR-15-style rifle with a barrel less than 16 inches in length, as defined in 26 U.S.C. § 5845, not registered to him in the National Firearms Registration and Transfer Record;

All in violation of 26 U.S.C. §§ 5841 and 5861(d).

1

## FORFEITURE ALLEGATION

The allegations contained in the single count of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c).

Upon conviction of the single count of this Indictment, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

THOMAS L. KIRSCH II
UNITED STATES ATTORNEY

By:  /s/ Sarah E. Nokes
Sarah E. Nokes
Assistant United States Attorney