# EXHIBIT A

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| MCGIBNEY, ADAM DANIEL | USMC-11 | 074  84  0182 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CPL | E4 | 19940801 | 20210522 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| NEW YORK CITY, NY 11252 | 165 PEARL STREET, RONKONKOMA, NY 11779 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 1ST LAR BN 1ST MARDIV, CAMPEN (RUC 11700) | IPAC MCB CAMPEN (RUC 45500) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| Commander, Marine Forces Reserve, 2000 Opelousas Ave., New Orleans, LA 70146-5400 RUC 36005 | AMOUNT: $ 400,000 | |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 2841, GROUND ELECT TRANS SYS MAINTAINER, 04 YEARS, 02 MONTHS  0933, MARKSMANSHIP COACH, 03 YEARS, 03 MONTHS | a. DATE ENTERED AD THIS PERIOD | 2013 | 06 | 10 |
| | b. SEPARATION DATE THIS PERIOD | 2018 | 10 | 26 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 05 | 04 | 17 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 07 | 13 |
| | h. INITIAL ENTRY TRAINING | 00 | 04 | 06 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2016 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| MARINE CORPS GOOD CONDUCT MEDAL, NATIONAL DEFENSE SERVICE MEDAL, GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL (DJIBOUTI), GLOBAL WAR ON TERRORISM SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON, EXPERT RIFLE QUALIFICATION BADGE (3), SHARPSHOOTER PISTOL QUALIFICATION BADGE | SINGLE CHANNEL RADIO INCIDENTAL OPER (KBF), 06/2015  GROUND RADIO REPAIR (E3K), 09/2014  BASIC ELECTRONICS (272), 03/2014 |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ____ ) | | X |

| 16. DAYS ACCRUED LEAVE PAID | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES | NO |
|---|---|---|---|
| 60.0 | | | X |

**18. REMARKS**
SERIAL # 6409359-0 /EDIPI: 1464941009. SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING. THIS IS NOT A FINAL DISCHARGE. GOOD CONDUCT MEDAL PERIOD COMMENCES 20160610. NON-CREDITABLE DELAYED ENTRY PROGRAM TIME 20130523 TO 20130609. MEMBER PARTICIPATED IN OPERATION INHERENT RESOLVE, CLASSIFIED, 20170707-20180201. E-MAIL ADDRESS AFTER SEPARATION: ADAM.MCGIBNEY@YAHOO.COM. PHONE NUMBER AFTER SEPARATION: 631-236-7625. MEMBER CONTRIBUTED $1200.00 TOWARDS THE MGIB. WHILE A MEMBER OF THE MARINE CORPS RESERVE, YOU WILL KEEP THE COMMANDER, MARINE FORCES RESERVE (TOLL FREE 1-800-255-5082) INFORMED OF ANY CHANGE OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS.
The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 2460 BANYAN DRIVE, LOS ANGELES, CA 90049 | MORGAN MCGIBNEY (SPOUSE) 2460 BANYAN DRIVE, LOS ANGELES, CA 90049 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | CA | OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | | X YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| [signature] | 20181026 | P. M. GICHARU, WO, PERSONNEL OFFICER, USMC | 20181025 |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASED FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN 1005 | MBK1 | RE-1A |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE SERVICE |

| 29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD) | 30. MEMBER REQUESTS COPY 4 (Initials) |
|---|---|
| NONE | ADM |

| DD FORM 214, AUG 2009 | PREVIOUS EDITION IS OBSOLETE. | MEMBER - 4 |

Adobe Designer 8.0

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |
|---|---|---|

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| MCGIBNEY, ADAM DANIEL | USMC-11 | 074  84  0182 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CPL | E4 | 19940801 | 20210522 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| NEW YORK CITY, NY 11252 | 165 PEARL STREET, RONKONKOMA, NY 11779 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 1ST LAR BN 1ST MARDIV, CAMPEN (RUC 11700) | IPAC MCB CAMPEN (RUC 45500) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE NONE |
|---|---|
| Commander, Marine Forces Reserve, 2000 Opelousas Ave., New Orleans, LA 70146-5400 RUC 36005 | AMOUNT: $ 400,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 2841, GROUND ELECT TRANS SYS MAINTAINER, 04 YEARS, 02 MONTHS 0933, MARKSMANSHIP COACH, 03 YEARS, 03 MONTHS | a. DATE ENTERED AD THIS PERIOD | 2013 | 06 | 10 |
| | b. SEPARATION DATE THIS PERIOD | 2018 | 10 | 26 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 05 | 04 | 17 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 00 | 00 | 00 |
| | g. SEA SERVICE | 00 | 07 | 13 |
| | h. INITIAL ENTRY TRAINING | 00 | 04 | 06 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2016 | 08 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| MARINE CORPS GOOD CONDUCT MEDAL, NATIONAL DEFENSE SERVICE MEDAL, GLOBAL WAR ON TERRORISM EXPEDITIONARY MEDAL (DJIBOUTI), GLOBAL WAR ON TERRORISM SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON, EXPERT RIFLE QUALIFICATION BADGE (3), SHARPSHOOTER PISTOL QUALIFICATION BADGE | SINGLE CHANNEL RADIO INCIDENTAL OPER (KBF), 06/2015 GROUND RADIO REPAIR (E3K), 09/2014 BASIC ELECTRONICS (272), 03/2014 |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | X |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | X |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ____ ) | | X |

| 16. DAYS ACCRUED LEAVE PAID  60.0 | 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | YES X | NO |
|---|---|---|---|

**18. REMARKS**
SERIAL # 6409359-0 /EDIPI: 1464941009. SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING. THIS IS NOT A FINAL DISCHARGE. GOOD CONDUCT MEDAL PERIOD COMMENCES 20160610. NON-CREDITABLE DELAYED ENTRY PROGRAM TIME 20130523 TO 20130609. MEMBER PARTICIPATED IN OPERATION INHERENT RESOLVE, CLASSIFIED, 20170707-20180201. E-MAIL ADDRESS AFTER SEPARATION: ADAM.MCGIBNEY@YAHOO.COM. PHONE NUMBER AFTER SEPARATION: 631-236-7625. MEMBER CONTRIBUTED $1200.00 TOWARDS THE MGIB. WHILE A MEMBER OF THE MARINE CORPS RESERVE, YOU WILL KEEP THE COMMANDER, MARINE FORCES RESERVE (TOLL FREE 1-800-255-5082) INFORMED OF ANY CHANGE OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS.
The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 2460 BANYAN DRIVE, LOS ANGELES, CA 90049 | MORGAN MCGIBNEY (SPOUSE) 2460 BANYAN DRIVE, LOS ANGELES, CA 90049 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) CA OFFICE OF VETERANS AFFAIRS | X YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | X YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) 20181026 | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) P. M. GICHAMU, WO, PERSONNEL OFFICER, USMC | b. DATE (YYYYMMDD) 20181025 |
|---|---|---|---|

DD FORM 214, AUG 2009   PREVIOUS EDITION IS OBSOLETE.   MEMBER - 1
Adobe Designer 8.0