# EXHIBIT B

# United States Marine Corps



*This is to certify that*

PRIVATE FIRST CLASS ADAM D MCGIBNEY XXXXXX1009/2841

UNITED STATES MARINE CORPS

*has completed the course prescribed by the Commandant of the Marine Corps for*

GROUND RADIO REPAIR COURSE

CLASS 2014075

*Given at*

*Communication-Electronics Maintenance School*
*Air Control Training Squadron*
*Marine Corps Communication-Electronics School*
*MCAGCC, Twentynine Palms, California*

*This 12th day of September 2014.*

_____
Commanding Officer



# United States Marine Corps
## School of Infantry-East

*Be It Known That*

**PVT ESKENAZIMCGIBNEY, ADAM**

*Having met all requirements and successfully completed the curriculum prescribed for*

## Marine Combat Training

*Is hereby awarded this Certificate of Completion*

*Given at Camp Geiger, North Carolina*

*This 15th Day of October 2013*

B. R. Moore Jr.
Lieutenant Colonel, United States Marine Corps
Commanding Officer, Marine Combat Training Battalion

J.T. CONNER
Colonel, United States Marine Corps
Commanding Officer, School of Infantry-East



MARINE COMBAT TRAINING BATTALION

# United States Marine Corps



This is to certify that

PRIVATE FIRST CLASS ADAM D ESKENAZIMCGIBNEY XXXXXX1009/2800
UNITED STATES MARINE CORPS

has completed the course prescribed by the
Commandant of the Marine Corps for

BASIC ELECTRONICS COURSE

CLASS 2014075

Given at

Communication-Electronics Maintenance School
Air Control Training Squadron
Marine Corps Communication-Electronics School
MCAGCC, Twentynine Palms, California

This 10th day of March 2014.

L. M. MCGHEE
Commanding Officer



# Marine Corps Association & Foundation

## CERTIFICATE OF ACHIEVEMENT

PRIVATE FIRST CLASS ADAM D ESKENAZIMCGIBNEY XXXXXX1009/2800

UNITED STATES MARINE CORPS

The Board of Governors of The Marine Corps Association & Foundation takes pleasure in presenting this award in recognition of high endeavor and superior accomplishments while enrolled in a course of study in professional education prescribed by the Commandant of the Marine Corps.

Given this 10th day of March 20 14

President & CEO

L. M. MCGHEE
School Director




# United States Marine Corps

This is to certify that

## Lance Corporal Adam McGibney

has completed the course prescribed by the Commandant of the Marine Corps for

### Incidental Radio Operators Course (IROC)

**M10KBFB**

*Given at*

Communications Training Center-1

I Marine Expeditionary Force

This 4th day of June 2015

Mr. Reggie Baker
Radio Instructor

Capt Christopher Armstrong
CTC-1 Director



# United States Marine Corps



## Enlisted Professional Military Education

takes pleasure in certifying that

### Lance Corporal Adam McGibney

Has successfully met all the requirements prescribed for the

**LANCE CORPORALS LEADERSHIP AND ETHICS SEMINAR**

GRADUATE

Given at

1st Light Armored Reconnaissance Battalion

On 25 September 2015



P. DACILAS
1stSGT, U.S. MARINE CORPS
SEMINAR DIRECTOR
1st LAR, CAMP PENDLETON

C. M. RANKIN
LT COL U. S. MARINE CORPS
COMMANDING OFFICER
1st LAR, CAMP PENDLETON



# CERTIFICATE OF COMPLETION

*This is to certify that*

**LCPL ADAM D. MCGIBNEY**

*Has successfully completed*

# COMBAT LIFE SAVER'S COURSE

*The above named individual has completed 40 hours of medical didactics and has satisfactorily demonstrated hands-on comprehension of all required materials to perform medical duties as a Combat Life Saver.*

*Given this 9th day of February, 2015*

HM3(FMF) ERNEST M. JIMENEZ