UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY ) | |

**DEFENDANT ADAM McGIBNEY'S UNOPPOSED FIRST MOTION FOR CONTINUANCE OF FINAL PRETRIAL CONFERENCE AND TRIAL**

COMES NOW, Defendant Adam McGibney, by counsel, George E. Horn, Jr., to request the Court continue his final pretrial conference and trial, pursuant to Local Rule 47-1 and 18 U.S.C. 3161(h)(7), stating in support as follows:

1. This matter is currently before the Court on a single count indictment alleging that Mr. McGibney possessed a firearm that was not properly registered pursuant to 26 USC §5841 and 5861(d).

2. That Defendant Adam McGibney was arraigned before Magistrate Judge Collins on July 27, 2020.

3. Final pretrial conference is currently scheduled in this matter for August 18, 2020, with trial scheduled to commence on September 1, 2020, only thirty-six (36) days following arraignment.

4. That the government is in the process of producing discovery in this matter. That process is yet to be completed. Counsel have conferred on the status of discovery and are continuing to work on finalizing same. Part of the discovery in this matter involves extraction of data from Defendant's cell phone, the results of which are in the process of being disclosed to defense counsel.

5. Until such time that discovery is completed, defendant will not be able to finalize any determination regarding the filing of pretrial motions and defenses to be advanced in this matter.

6. Once discovery is completed, counsel will require additional time beyond the current trial date to review materials produced, discuss same with defendant, investigate the allegation in this matter, interview witnesses, conduct legal research, prepare and file pretrial motions, and prepare for trial.

7. Given the current status of the calendar, defendant will be unable to identify and prosecute motions currently under consideration in advance of trial as currently scheduled.

8. Further, counsel for defendant has spoken with Ms. Nokes, the Assistant United States Attorney assigned to this matter. The government does not oppose continuing the final pretrial conference and trial sought in this motion.

9. The ends of justice served by this continuance outweigh the defendant's and public's interest to a speedy trial as provided by the Speedy Trial Act in that it will allow the defendant sufficient time to prepare for trial in a manner that ensures his due process rights are properly honored.

10. Based on counsel's knowledge of this matter to date, he believes continuing the final pretrial and jury trial for 45-60 days will allow sufficient time to prepare for trial and prosecute any pretrial motions that may be necessary in this matter.

WHEREFORE, Defendant respectfully requests this Court grant his motion, finding the ends of justice are served by continuing the final pretrial and jury trial scheduled in this matter for 45-60 days and such continuances outweigh the Defendant's and public's interest to a speedy trial as provided by the Speedy Trial Act, specifically;

(a) Taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review discovery yet to be produced, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S. C. 3161(h)(7)(B)(iv);

(b) Failure to grant the requested continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. 3161(h)(7)(B)(i);

(c) The additional time requested is a reasonable period of delay, as counsel has requested more time to prepare for trial, to investigate this matter, to gather evidence material to the defense, and to consider possible defenses;

(d) The government is in the process of producing discovery that will require additional time to review and conduct follow-up investigation; and

(e) The additional time requested between the current trial date of September 1, 2020, and the new trial date is necessary to provide counsel for defendant reasonable time to prepare for trial.

Dated: August 11, 2020.

Respectfully submitted,

*/s/ George E. Horn, Jr.*
George E. Horn, Jr. (11721-71)
BARNES & THORNBURG LLP
700 1st Source Bank Center
100 North Michigan Street
South Bend, IN 46601
Phone: (574) 233-1171
Facsimile: (574) 237-1125
E-mail: george.horn@btlaw.com

*Attorneys for Defendant*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of August, 2020, service of a true and accurate copy of the foregoing ***Defendant Adam McGibney's Unopposed First Motion for Continuance of Final Pretrial Conference and Trial*** was served on the United States Attorney via the Court's ECF system.

                                              BARNES & THORNBURG LLP

                                              */s/ George E. Horn, Jr.*