## SUPPLEMENTAL DECLARATION OF BONNIE E. ESKENAZI

I, Bonnie E. Eskenazi, declare as follows:

1.     I am an attorney duly licensed to practice before all of the courts of the State of California and am a partner in the law firm of Greenberg Glusker Fields Claman & Machtinger LLP.  I submit this supplemental declaration in support of my nephew Adam McGibney.  The matters stated herein are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2.     I have been practicing law in the state of California for approximately the past 35 years.  I recognize that I am an officer of the Court and I take my duties and responsibilities to the Court very seriously.

3.     Both of the guns that had previously been stored at our house have now been removed and placed in a professional gun storage locker at a licensed gun shop in Culver City, California.  There are no other guns on our property.  I am informed and believe that only my husband can get the guns out of storage since he is the person who placed the guns there.  The gun shop has said it will not release the guns to anyone else.

4.     If Adam remains in jail pending his trial, his admission to UC Berkeley will likely be terminated.  Classes begin on August 19, 2020 for the Fall Semester at Berkeley.  I am informed and believe that he has not been permitted to use a computer to seek a deferral from UC Berkeley for his admission for the Fall semester 2020, and he has been denied access to a computer for the purposes of registering for and attending classes at UC Berkeley pending his trial.  If he is released on bail and comes back to Los Angeles to stay with us at our house, he will be able to attend class at UC Berkeley remotely.  As UC Berkeley is one of the top public universities in the United States, his education at this revered institution will obviously help him become a contributing member of American society.  This opportunity should not be wasted regardless of what happens at trial.

5. If the Court agrees to allow Adam to be released to our house on bail pending trial, I give my word that I will get him back to Indiana for trial, even if I have to get on a plane with him to make sure he meets his obligation to the Court.

6. I am available to testify via video conference or telephone at a live hearing should the Court desire to hear from me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 11th day of August, 2020, at Los Angeles, California.

*Bonnie Eskenazi*
Bonnie E. Eskenazi