UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO SUPPRESS REGARDING STOP OF AUTOMOBILE
### (Evidentiary Hearing Requested)

Comes now Defendant, Adam D. McGibney, by counsel, to request this Court, following hearing on this motion, enter an order suppressing all evidence seized as a result of the traffic stop of his automobile conducted in this matter, stating in support as follows:

1.  That on or about July 19, 2020, just prior to midnight, Defendant is alleged to have been operating an automobile on the Indiana Toll Road (I-80) eastbound in the vicinity of the 110.5 mile marker.  At that time, Indiana State Probationary Trooper George Youpel initiated a traffic stop of Mr. McGibney's vehicle.  At that moment, Mr. McGibney was seized for purposes of constitutional analysis.  *Arizona v. Johnson*, 555 U.S. 323 (2009).  Mr. McGibney was the only person in the vehicle, giving him standing for objecting to actions of law enforcement.  *Brendlin v. California*, 551 U.S. 249 (2007); *Johnson*, *supra*; *Rakas v. Illinois*, 439 U.S. 128 (1978).

2.  That the traffic stop at issue was not made upon legal authority.

3.  That subsequent to the illegal stop of Mr. McGibney's vehicle, certain evidence was seized, without first securing a search warrant to do so, in violation of Mr. McGibney's Fourth Amendment rights against unlawful search and seizure.  *Katz v. United States*, 389 U.S. 347 (1967)

4. As the result of such illegal stop and seizure of evidence, Mr. McGibney's constitutional rights have been violated.

5. Based upon this illegal stop and seizure, all evidence secured as a result of same should be suppressed as Fruit of the Poisonous Tree. *Wong Sun v. United States*, 371 U.S. 471 (1963); *Terry v. Ohio*, 392 U.S. 1 (1968).

WHEREFORE, Mr. McGibney respectfully requests that following an evidentiary hearing this Court grant his motion, suppressing all evidence seized as a result of the illegal stop of his automobile and for all other relief deemed just and proper in the circumstances.

Dated: October 16, 2020

Respectfully submitted,

BARNES & THORNBURG LLP

*/s/George E. Horn, Jr.*
George E. Horn, Jr. (11721-71)
700 1st Source Bank Center
100 North Michigan
South Bend, Indiana 46601
Telephone: (574) 233-1171

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of October, 2020, service of a true and accurate copy of the foregoing ***Defendant's Motion to Suppress Regarding Stop of Automobile*** was served on the United States Attorney via the Court's ECF system.

BARNES & THORNBURG LLP

*/s/ George E. Horn, Jr.*