# EXHIBIT 1

# Horn, George

**From:** Horn, George
**Sent:** Friday, August 7, 2020 2:22 PM
**To:** 'Nokes, Sarah (USAINN)'
**Subject:** McGibney

Sarah-

Would like to schedule a call on Monday to address discovery, recorded calls of Mr. McGibney, pretrial conference and trial dates. Some of the items I would like to address include:

Discovery Matters:

1. Copies of each call of Mr. McGibney's that was recorded from the time of his arrest until present;
2. Copies of all transcripts made of these calls;
3. List of all individuals who have listened to any of Mr. McGibney's calls identifying the calls listened to, the name, job title and business/cell phones for each such individual;
4. All notes of each law enforcement officer who has performed any work on this matter;
5. All dash cam and body cam video recorded as part of the investigation of this matter together with any transcripts made from same;
6. All audio recordings made as part of the investigation of this matter together with any transcripts made from same;
7. Copies of all materials seized from Mr. McGibney's cell phone;
8. Copy of the return on the search warrant;
9. Copies of all reports generated by any law enforcement personnel who performed any work on the investigation of this matter;
10. CVs of each member of law enforcement who performed any work on the investigation of this matter from the time of Mr. McGibney's arrest to present;
11. Name and copy of CV for any expert witnesses the government has consulted on this matter;
12. List of each individual the government intends to call as a witness at trial with name, job title, business and cell phone;
13. All discovery ordered by the Court which has not been produced to date;
14. Copies of any expert report received by the government as part of the investigation of this matter whether the individual creating said report will be a testifying expert at any hearing or trial held in this matter;
15. Any evidence that subjects any potential witness for the government to impeachment;
16. All other evidence discoverable pursuant to Rules 16 and 26.2 of the Federal Rules of Criminal Procedure; and
17. Any other exhibits, summary or otherwise, the government intends to offer at any trial or hearing to be held in this matter.

Trial Date:

As you know, trial is set to begin on September 1st, barely a month from Mr. McGibney's arraignment. Given the defense has yet to be provided with any body or dash cam video or other materials seized from Mr. McGibney's phone, there is little chance of completing motion work and any possible pre-trial hearings prior to the 1st. Will the government object to a motion seeking to continue the final pretrial conference and trial given the extremely tight dates provided following arraignment?

I am available from 2 p.m. through end of the day Monday for a call. Let me know your availability.

Thank you and have a good weekend,

George

1

**George Horn** | Partner
Barnes & Thornburg LLP
700 1st Source Bank Center, 100 North Michigan, South Bend, IN 46601-1632
Direct: (574) 237-1189 | Mobile: (219) 861-7486 | Fax: (574) 237-1125

**BARNES & THORNBURG LLP**

Atlanta | California | Chicago | Delaware | Indiana | Michigan | Minneapolis | Ohio | Texas | Washington, D.C.