# EXHIBIT 3

```
             THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF INDIANA
                    FORT WAYNE DIVISION

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )
                                )
                                )CAUSE NO: 1:20-cr-42
V.                              )
                                )
ADAM McGIBNEY,                  )
                                )
           Defendant.           )
---------------------------------
```

TRANSCRIPT OF ARRAIGNMENT and DETENTION HEARING HELD

JULY 27, 2020, BEFORE THE

HONORABLE SUSAN L. COLLINS, UNITED STATES

DISTRICT COURT MAGISTRATE JUDGE

TINA GALLUCCI, RMR, CRR, FCRR
*CERTIFIED REALTIME REPORTER*
*1300 South Harrison Street*
*Suite 2105*
*Fort Wayne, Indiana  46802*
*tina_gallucci@innd.uscourts.gov*
*(260) 423-3060*

1  and ask this.  There is some information that we provided to
2  Pretrial Services, Ms. Nokes and the Court regarding Mr.
3  McGibney aunt, with whom he's lived since he got out of the
4  Marines in October of 2018.  Have you done any background work
5  with regard to her or not; she's a preeminent lawyer in Los
6  Angeles?
7     A.  No.  I don't know if that's Bonnie.  Just I've heard her
8  name on jail calls.
9     Q.  It is.
10    A.  I don't know anything about her.  He talked to her on the
11 jail calls.
12    Q.  And how do you know that?
13    A.  Because he called her Bonnie, I believe.
14    Q.  But how did you overhear the conversation?
15    A.  Because I have access to jail calls and I was provided
16 those by the first sergeant of LaGrange County.
17    Q.  And have you been provided access to any phone calls that
18 Mr. McGibney has had with his attorney?
19    A.  Those are all on one disk, and as soon as I heard your
20 name, I stopped listening to it immediately.
21    Q.  And how many times did you hear my name to stop listening
22 to it immediately, again, indicating that those calls were
23 recorded?
24    A.  Friday afternoon is when I started reviewing them.  I've
25 probably done 20 to 30 jail calls out of 5 days' worth of

1   calls.  There's still probably -- I'm halfway through them.
2   So I would say your name was heard maybe, I don't know, maybe
3   5 or 6 times.
4     Q. Okay.  Different issue for another motion.  I appreciate
5   your honesty on that.  Thank you.
6       Have you ever listened to any conversations that involved
7   Mr. McGibney and myself?
8     A. No.  As soon as I heard your name, that's when I hung up
9   the -- or ended the jail call.
10    Q. To your knowledge, was Mr. McGibney on probation or parole
11  at the time of his arrest in this case?
12    A. It would have been -- was he on probation parole, is that
13  what you asked?
14    Q. Yes, sir.
15    A. No.
16    Q. And to your knowledge, was he on bail for any other type
17  of offense when he was arrested in this case?
18    A. No, he wasn't.
19    Q. And you're familiar that he has family ties on both (Audio
20  interruption), so I gather you haven't specifically
21  investigated those, would that be fair to say?
22    A. Yeah, I believe he has family in New York and he lives in
23  L.A.
24    Q. Did you find any evidence in the course of your
25  investigation to this point, Mr. Anderson, that would suggest