UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REQUEST TO FILE REPLY BRIEFS IN SUPPORT OF PENDING MOTIONS TO SUPPRESS AND 1ST MOTION FOR DISCOVERY

Comes now, Defendant Adam McGibney ("McGibney") to request the Court grant him the opportunity to file reply briefs in support of his pending Motions to Suppress and 1st Motion for Discovery, stating in support as follows:

1. On or about October 16, 2020, McGibney filed his Motion to Suppress Regarding Stop of Automobile [Dkt #28] and Motion to Suppress Alleged Statements [Dkt #29]. With each motion, McGibney has requested an evidentiary hearing be held.

2. On or about October 27, 2020, McGibney filed his 1st Motion for Discovery [Dkt #31].

3. The Government filed its response to McGibney's Motions to Suppress on November 2, 2020 [Dkt #35] and its response to his 1st Motion for Discovery on November 3rd [Dkt #36]. The Government has joined McGibney's request for evidentiary hearing on his Motions to Suppress.

4. McGibney requests the opportunity to file reply briefs in response to the Government's filings and supporting his position with respect to each of the above motions. He

believes such reply briefs will assist the Court in framing the constitutional issues addressed in his Motions to Suppress and the requests in his Motion for Discovery that are opposed by the Government.

5. Accordingly, McGibney requests a period of seven (7) days within which to file reply briefs supporting each of the above mentioned motions.

6. Alternatively, should the Court grant McGibney and the Government's requests for evidentiary hearing on the pending Motions to Suppress, McGibney would be fine with simply filing further briefing in support of these motions following conclusion of the evidentiary hearings held.

7. Counsel advises the Court that he is currently dealing with medical issues related to sciatic back pain and anticipates having a minor surgical procedure related to same in the next week. Counsel will exercise every effort to ensure the timely filing of any reply briefs that are allowed by the Court pursuant to the request made herein.

WHEREFORE, Defendant Adam McGibney respectfully requests the Court grant him seven (7) days within which to file reply briefs in support of the Motions to Suppress and Motion for Discovery identified above. In the alternative, should the Court grant an evidentiary hearing on the Motions to Suppress, McGibney simply requests the opportunity for post-hearing briefing as to each motion addressing the evidentiary record made and attendant legal issues being addressed.

Dated: November 6, 2020					Respectfully submitted,

							BARNES & THORNBURG LLP


							*/s/George E. Horn, Jr.*
							George E. Horn, Jr. (11721-71)
							700 1st Source Bank Center
							100 North Michigan
							South Bend, Indiana 46601
							Telephone: (574) 233-1171

							*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of November, 2020, service of a true and accurate copy of the foregoing ***Defendant's Request to File Reply Briefs in Support of Pending Motions to Suppress and 1st Motion for Discovery*** was served on the United States Attorney via the Court's ECF system.

							BARNES & THORNBURG LLP


							*/s/ George E. Horn, Jr.*