UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-CR-42 |
| | ) | |
| ADAM D. McGIBNEY | ) | |

## MOTION TO CONTINUE EVIDENTIARY HEARING

Comes now the United States of America by Sarah E. Nokes, Assistant United States Attorney for the Northern District of Indiana, and moves the Court to continue the evidentiary hearing on the defendant's motions to suppress in this matter which is set for December 2, 2020, at 10:00 a.m. In support of this motion the government states the following:

1. Caleb Anderson is considered a necessary witness for the evidentiary hearing by both the government and the defense. Mr. Anderson was the only law enforcement agent present for the whole of the defendant's statement which is the subject of McGibney's second motion to suppress.

2. At the time of his investigative activities in this case, Mr. Anderson was employed by the Indiana State Police and worked as a task

force officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

3. In or about August 2020, Mr. Anderson was hired by the ATF to become a full-time federal agent.

4. New federal agents must complete the federal law enforcement and ATF training academies. Mr. Anderson is set to leave for the federal training academy in Georgia on November 28, 2020. Because of the COVID-19 pandemic, academy students *must* quarantine in Georgia during the week of November 30, 2020 before classes begin the following week. Failure to comply with this quarantine period would result in Mr. Anderson's inability to complete the academy during the current session and would delay completion of his academy training obligations until at least the fall of 2021.

5. Mr. Anderson cannot delay his training academy start date to accommodate in-person testimony on December 2, 2020. Though Mr. Anderson's academy obligations will last approximately six months, Mr. Anderson anticipates the ability to travel back to Indiana to participate in this hearing after January 1, 2021.

6. Counsel for the defendant has advised the undersigned that Mr. McGibney objects to the taking of Mr. Anderson's testimony via video teleconference.

7. Mr. Anderson is thus unavailable to testify in the evidentiary hearing set December 2, 2020.

8. The undersigned contacted George Horn, counsel for the defendant on November 20, 2020. The undersigned has been advised that given the circumstances described herein and in light of defense counsel's own medical issues, there is no objection to a continuance of this evidentiary hearing.

WHEREFORE, the United States of America requests that the Court continue the evidentiary hearing on defendant's motion to suppress in this matter until after January 1, 2021.

    Respectfully submitted,

    THOMAS L. KIRSCH, II
    UNITED STATES ATTORNEY

By: /s/ Sarah E. Nokes
    Sarah E. Nokes
    Assistant United States Attorney
    E. Ross Adair Federal Bldg.
    & U.S. Courthouse
    1300 S. Harrison Street, Room 3128
    Fort Wayne, IN 46802-3489
    Telephone: (260) 422-8984

Facsimile: (260) 426-1616
E-Mail Address:
sarah.nokes@usdoj.gov