UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO CONTINUE HEARING

Comes now Defendant, Adam D. McGibney, by counsel, to request the Court continue the telephonic hearing set for December 18, 2020 at 2:00 p.m. on Defendant's First Motion for Discovery, stating in support as follows:

1. This matter is currently scheduled for telephonic hearing before Magistrate Susan Collins regarding Defendant's First Motion for Discovery on December 18, 2020.

2. Counsel for Defendant is currently in the hospital after having surgery to address a large kidney stone late in the day on December 16 and will be unable to attend the hearing.

3. Counsel has spoken with Assistant United States Attorney Sarah Nokes regarding this motion and the Government has no objection to the continuance requested herein.

4. Counsel requests a 30 day continuance of the hearing.

WHEREFORE, Defendant respectfully requests this Court enter an Order continuing this hearing to be reset by the Court at a date no sooner than 30 days from the date of this Order.

| | |
|---|---|
| Dated: December 17, 2020 | Respectfully submitted,<br><br>BARNES & THORNBURG LLP<br><br>*/s/George E. Horn, Jr.*<br>George E. Horn, Jr. (11721-71)<br>201 S. Main St., Suite 400<br>South Bend, Indiana 46601<br>Telephone: (574) 233-1171<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of December, 2020, service of a true and accurate copy of the foregoing ***Defendant's Motion to Continue Hearing*** was served on the United States Attorney via the Court's ECF system.

                                                   BARNES & THORNBURG LLP

                                                   */s/ George E. Horn, Jr.*