UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-CR-42 |
| | ) | |
| ADAM D. McGIBNEY, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>INDEX OF EXHIBITS</u>

1.  Exhibit 1 - Declaration of T.Cross, Sgt., U.S. Marine Corps

2.  Exhibit 2 – Declaration of K.Brady, Sgt., U.S. Marine Corps

3.  Exhibit 3 – Letter from K.Elliott, Sgt., U.S. Marine Corps

4.  Exhibit 4 – Letter from J. Webb, Sgt., U.S. Marine Corps

5.  Exhibit 5 – Declaration of D.Machala

6.  Exhibit 6 – Letter from A.Mata, U.S. Marine Corps

7.  Exhibit 7 – Declaration of T.O'Brien, Esq.

# EXHIBIT 1

## DECLARATION OF TAYLOR CROSS

I, Taylor Cross, declare as follows:

1.      I submit this declaration in support of Adam McGibney. The matters stated herein are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2.      I am an officer with the Janesville, Iowa Police Department, a position I have held for the past two-and-a-half years. I hold an Associate Degree in Police Science and am currently pursuing a Bachelor's Degree in Criminal Justice at the University of Northern Iowa. For the court's reference, my resume is attached as Exhibit A.

3.      From 2012 to 2016, I served in the United States Marine Corps, stationed with the 1st Battalion 7th Marine Regiment at the Marine Corps Air Ground Combat Center, 29 Palms, California. During that time, I served in Afghanistan and Iraq before being honorably discharged in 2016, leaving with the rank of Sergeant.

4.      Nearly two years ago, I met Adam McGibney in an online forum for veterans who enjoy playing video games. In addition to playing together online on a regular basis, we discuss family, politics, and many other aspects of our lives. Over time, Adam and I have developed a strong friendship.

5.      I know Adam as an honest, trustworthy, and down-to-earth person who is very different from the person depicted in the government's pleadings in this case. Adam is not a violent person and in all of my interactions with him has never espoused the anti-government and anti-police views that the government has attributed to him or given any suggestion that he intended to commit any acts of violence against the government or any individual. The internet "memes" and other content taken from his phone, while serious and disturbing to many, do not

paint an accurate picture of Adam as a person and should not be used to hold him indefinitely while he awaits trial.

6.      Adam cares deeply for his family, his friends, and his country, and is someone who always goes above and beyond for those in need of help. Before Adam was arrested in July 2020, he visited me in Iowa and told me that he was on his way to see a close friend in New York who was going through a difficult time and needed help. I would count on Adam to do the same for me at the drop of a hat.

7.      I have never felt or observed any ill-will from Adam towards myself or others in law enforcement. Indeed, many in the veteran community choose to serve in law enforcement after active duty, including others in Adam's circle of friends. In my experience, Adam has the utmost respect for me and other law enforcement authorities. I also know that he has served his country with distinction and respects our institutions.

8.      As a police officer, I appreciate the seriousness of the charges Adam faces. Nevertheless, I can confidently say that Adam does not pose a risk of flight or violent behavior and, if released pending trial, will abide by any conditions of pre-trial supervision that the Court deems appropriate. Adam is a mature, responsible person and will face the offenses that he has been charged with accordingly.

I declare under penalty of perjury under the laws of the State of Iowa that the foregoing is true and correct.

Executed this __21st__th day of December, 2020, at Janesville, Iowa.

Taylor Cross
Sergeant, U.S. Marine Corps (ret.)

# Taylor Cross

9767 Sylvan Dr.
Janesville, Iowa 50647
(319) 242-1333 | Taylor.Cross.CF@gmail.com

## SUMMARY

4 years' experience in the Marine Corps infantry and 2.5 years as a Law Enforcement Officer utilizing leadership capabilities, managing small four-man security teams, knowledge of patrolling, search and rescue, tactical site exploitation, Rules of Engagement, use of deadly force, detainee handling, consistently recognized for dependability and working independently without supervision. Highly skilled working as a K9 explosives detection unit.

### KEY QUALIFICATIONS

- Dependability
- Adaptability
- Fairness
- Management
- Teamwork
- Problem solving
- Trustworthy
- Leadership

## EMPLOYMENT HISTORY/EXPERIENCE

### Anti – Armor Vehicle Gunner

United States Marine Corps    29 Palms, California    February 2014 – September 2014

Using teamwork and problem solving to identify areas of danger and applied that knowledge into individual action to determine applicable rules of engagement and use of deadly force in high stress combat situations.

### Explosives Detection K9 Handler

United States Marine Corps    29 Palms, California    August 2013 – September 2014

Worked as an explosive detection K9 handler during Operation Enduring Freedom in 2014 to detect and locate possible explosive devices and reduce or eliminate the number of casualties sustained by allied forces, successfully completed over 40 combat and security patrols.

### Anti – Armor Team Leader

United States Marine Corps    29 Palms, California    December 2012 – August 2013

Supervised small search and seizure teams that through attention to detail were responsible for locating explosive devices, illegal drugs and paraphernalia, illegal and dangerous weapons, as well as searching for high value targets. Responsible for locating 20 Improvised explosive devices, 60 pounds of bulk explosive material, over 50 illegal small arms and high explosive projectiles, 20 pounds of black tar heroin.

### Law Enforcement Officer

Janesville Police Department    Janesville, Iowa    August 2018 – Present

Work to enforce laws, prevent crimes, respond to a variety of emergencies, provide support service to the community through the use of interpersonal communication skills,

critical thinking skills, and strong moral character. I fill a variety of job roles that include Assistant Police Chief, Lead Investigator, School Resource Officer, and Social Media Representative.

## EDUCATION

Explosive Detection Dog Handler Certification (2013)
K2 – K9 Training Center - Southern Pines, North Carolina

Associate's of Applied Science (Police Science) (2018)
Hawkeye Community College – Waterloo, Iowa

Iowa Law Enforcement Academy (2019)
Hawkeye Community College – Waterloo, Iowa

Bachelor of Applied Science (Criminal Justice) (2018 - Present)
University of Northern Iowa – Cedar Falls, Iowa

CTK Interview and Interrogation (2019)
Hawkeye Community College – Waterloo, Iowa

# EXHIBIT 2

## DECLARATION OF KYLE BRADY

I, Kyle Brady, declare as follows:

1.      I submit this declaration in support of Adam McGibney. The matters stated herein are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2.      I live in Great Falls, Montana, and work for M1 Support Services, a civilian contractor for the US Air Force, as a helicopter mechanic. I also served as a Montana state correctional officer before accepting my current position. For the court's reference, a copy of my resume is attached as Exhibit A.

3.      For five years, from 2013 to 2018, I served in the United States Marine Corps, stationed at the San Diego Miramar Marine Corps Air Station. There, I was a helicopter mechanic, working primarily on CH 53 Echo helicopters, and was deployed twice to Okinawa, Japan. In 2018, I was honorably discharged with the rank of Sergeant.

4.      I met Adam after my service with the Marines had concluded, through an online forum for veterans. Adam and I, as well as others, gather regularly online to play video games together and have become friends.

5.      In July 2020, before Adam was arrested, he came to stay with me and my family in Great Falls. While this was the first time meeting Adam in person, he immediately became part of my family during his week-long stay. While I was at work, Adam spent time with my wife and children, developing a strong bond and demonstrating the fine character that I had known him to possess. Adam is an honest, trustworthy, and good person, and despite the legal issues he is currently dealing with, I have no reservations about his character or his respect for others.



6.      I saw additional evidence of Adam's character in July when he received an emergency call from a close friend in New York. His friend, Adam said, was in danger and needed help. Without hesitation, Adam left Montana to go to New York in order to help his friend. Adam is a loyal and dependable person, and I would count on Adam to do the same for me or any of his friends in a time of need.

7.      If the Court were willing to release Adam from detention while he awaits trial, I am confident that Adam would follow all rules and requirements imposed by the Court, and face the charges the government has brought against him honorably. Adam is not a violent person and has never exhibited any conduct that would suggest animosity or an intent to harm law enforcement officers or government institutions. To the contrary, many of Adam's close friends serve or have served in law enforcement, including myself and many others in the veteran community, and he respects the work that we do.

8.      Adam is someone I have complete faith and trust in to do the right thing, and I trust him to take responsibility for whatever consequences result from his legal proceeding, just as I trust him around my family.

I declare under penalty of perjury under the laws of the State of Montana that the foregoing is true and correct.

Executed this 20th day of December, 2020, at Great Falls, Montana.

Kyle Brady
Sergeant, U.S. Marine Corps (inactive)

**Kyle Brady**
Great Falls, Montana 59401
(406) 231-2928
KyleABrady@hotmail.com

**Professional Summary**

Transitioning Veteran with over 4½ years mechanical experience on military helicopters. Able to perform scheduled and unscheduled maintenance on engines, fuel systems, fight controls, drive train, and rotors. Hard worker, able to follow instructions and willingness to learn. Reliable, self-motivator and able to deal with stress in situations and make timelines.

**Experience**

U.S. Marine Corps, Miramar California                    Feb 2013 - Feb 2018
**CH53e Helicopter Mechanic**

- Supervised, witnessed and signed off scheduled and unscheduled maintenance upon completion on 12 aircraft following the instructions of the aircraft technical publication
- Performed and supervised installation, replacement, repair and troubleshooting of various aircraft components including engines, fuel controls, main rotor heads, blades, gearboxes, drive shafts, powerplants, fuel systems, and mechanical flight controls.
- Supervised the organization of aircraft parts and made sure all parts were accounted for
- Troubleshot engine, gearbox, fuel, and rotor head problems on aircraft
- Performed ground handling, towing, jacking, refueling, launch and recovery of aircraft.
- Mobile crane operator with 53 lifts totaling 140.5 hours on aircraft without aircraft mishaps.
- Performed preflight checks and testing to include rotor track, balancing and vibration.
- Managed over 70 marines and coordinated maintenances was done safely, correctly and within time frame
- Directed and assigned aircraft maintenance within the shop
- Followed higher communication request and proved timely updates to management
- Responsible for tool control ensuring all tools accounted for and organized within the work center
- Checked and provided tools to workers and made sure the right tool was used for the job
- Accepted and reviewed new parts when received
- Monitored maintenance programs set but the Naval Aviation Maintenance Program 4790.2c
- Able to adapt and overcome problems that may have occurred on the aircraft and off

**Education and training**

- **Bachelors in Arts in Graphic Design**
  Montana State University – Northern                    May 2012

- TEREX Mobile Crane Operator– San Diego, CA
- Aviation technical maintenance training – Jacksonville, NC
- Leadership and Ethics Training (Basic Leadership Course) – San Diego, CA
- Team Leadership Training (Advance Leadership Course) – San Diego, CA

# EXHIBIT 3

To whom it may concern,

My name is Sergeant Kade M Elliott, and I am writing to support Adam McGibney's release from detention.

I am currently serving in the United States Marine Corps and have been so for 8 years now. I'm currently an instructor at Marine Corps Engineer School on Camp Lejuene, North Carolina. I have deployed to Iraq as part of Operation Inherent Resolve as well as to Nepal for humanitarian assistance. I teach classes to my students on ethics and what it means to be a good Marine as well as a good American Citizen. Adam McGibney is a dear friend of mine and a man I would call my brother. Adam like many of us that have served our country is an extremely honorable man and has not once ever brought discredit upon himself or his fellow Marines. Adam is the type of man that would drop his whole life and drive across the country to help any number of individuals that he would call family. Adam has sacrificed much for this country, which is difficult for many to understand; just know that when Adam raised his right hand and said that he was willing to give up his life for this county at any moment and pay that ultimate sacrifice he did that as a man of the utmost selflessness. Adam has sacrificed his youth, mind, body, and spirit for this country.

Now pertaining to the "MEME's" that were found on his phone in regard to "YEETING Alphabet boys" and racially insensitive language, I would like you to put yourself in Adams shoes for just a moment. We as Marines have a certain sense of humor that you could say is borderline morbid or indecent, but that does not mean we are bad people. Nor does it mean we are racist, we are all brothers and sisters and simply do not care about these things. We often make fun of each other in a way that civilians would not understand, but we all work together to build each other up stronger every day. For many of us we use this type of humor as a defense mechanism to hide how truly terrified we are of our likelihood to die on the battlefield defending this country. This sense of humors travels with us our entire lives and I don't believe Adam should be punished for something that is a literal example of his first amendment right to free speech. If having those kinds of things on his phone would make him a domestic terrorist or a "threat to the community," there are many more service men and women who will need to be arrested along with him.

Adam is not perfect. But he is one of the most trustworthy people I have ever had the experience of knowing. If Adam McGibney gives you his word that he will stay in town and cooperate with the court's requirements if he is released, I am willing to bet my honor as a United States Marine on it.

Sergeant Kade M Elliott
Email: Kademorganelliott0@gmail.com
Phone: (385) 331-6058

# EXHIBIT 4

To whom it may concern,

My name is Jeff Webb, and I am writing this letter to ask the court to release Adam McGibney from detention while he awaits trial.

I served 4 years in the United States Marine Corps as an infantryman. I participated in Operation Enduring Freedom in the Helmand Province of Afghanistan and Operation Inherent Resolve in the Al Anbar Province of Iraq. My membership to this brotherhood that we call the Marine Corps is how I had the pleasure of meeting Adam McGibney. He is your everyday typical Marine Corps veteran; trying to find purpose in his life after 4 or more years of sacrifices to this great nation. A nation that asks us to kill in its name and under its flag as an everyday occurrence and carry on like nothing has happened.

Going from that sort of environment and having to live with yourself while trying to create a new life outside of the Corps is not a task for the faint of heart. I have lost more brothers due to suicide than on both my deployments combined. The fact that Adam was able to be a productive member of society, achieve the grades he did and getting accepted to the university of his choice should speak for itself. As a person, Adam, would give you the shirt off his back and is a man you can consistently rely on. Not some kind of bigoted domestic terrorist that he is being made out to be. Doing all this and accomplishing what he has during and after his service is a feat for those that not only have lived through hell but continue to live in it daily.

Compartmentalizing these "demons" is difficult and tiresome to say the least, but through brotherhood, the use of vulgar satire is part of a mechanism of coping. The kinds of social media images that the government is using to argue against Adam's pretrial release can be found on the phones of many Marines and other law-abiding citizens across the country. To hold Adam in detention simply because unpopular words and images were found on his phone violates his 1st Amendment rights and goes against everything we fought so vehemently to preserve. Please reconsider this decision.

Jeffery A. Webb
SGT. USMC 2012-2016 OEF, OIR
Email: jawebb7@gmail.com
Phone: 9362077418

## References

[1] Hassija, C., Luterek, J., Naragon-Gainey, K., Moore, S., & Simpson, T. (2012). Impact of emotional approach coping and hope on PTSD and depression symptoms in a trauma exposed sample of Veterans receiving outpatient VA mental health care services. *Anxiety, Stress & Coping, 25*(5), 559–573. https://doi-org.ezproxy.uttyler.edu/10.1080/10615806.2011.621948

# EXHIBIT 5

## <u>DECLARATION OF DARIA MACHALA</u>

I, Daria Machala, declare as follows:

1.      I submit this declaration in support of Adam McGibney. The matters stated herein are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2.      I am a resident of the State of New York, and met Adam approximately ten years ago at Connetquot High School on Long Island, where we were both students. We became friends at that time and have remained close, even more so over the past five years.

3.      I know Adam as a loving, caring, sensitive, and intelligent person who is always concerned about others above himself. He is a good student and volunteers his time to help others. He is honest and trustworthy.

4.      I have never known Adam to be violent or endorse violent activities. I also do not know him to have any hatred or opposition to the government or law enforcement. He served his country honorably and is proud of his service. The images and messages found on his cell phone are not who he is and should not be used to paint him as a bad or threatening person.

5.      I am aware of allegations or suspicions that at the time of Adam's arrest, he may have been planning to engage in illegal or violent acts towards protestors or government institutions. That is not the case. Adam was only in Indiana because he was on his way to see me in New York. Before then, he had been staying with friends during a planned visit to Montana. He only left Montana because I needed help and asked him to come to New York. I had been hospitalized and did not have anyone else to go to for help. When I called Adam and explained my situation, he immediately agreed to help. He was arrested on his way.

6.      Adam has always been a loyal and dependable friend to me, and his willingness to drop everything to help me in New York is a testament to his character. I believe that Adam is a

person who does his best to follow rules and abide by the law. The Court can trust Adam to follow the rules if he is released before his trial.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this  9  th day of January, 2021, in the State of New York.


_Daria Machala_

Daria Machala

# EXHIBIT 6

I Alexander J. Mata was the shipping and receiving clerk in charge of inspecting all records that were involved in any transfer within or outside Communications company. In addition to my roles as shipping and receiving clerk my primary duties were as a radio technician running local EKMS as the site security officer within 1st Marine Division, Headquarters Battalion, Communications Company, Maintenance Platoon.

I met Adam in 2013 when we were both in school to become radio technicians and from the start, he was always helpful and dependable assisting myself and other marines with our school work. During my time in HQBN I worked directly with Adam Mcgibney on a daily basis working on record jackets, fixing equipment as well as working to get other platoon's equipment in good working condition. Adam Mcgibney was an extremely hard worker as well as an extremely reliable marine that could always be counted on to lead tasks with other marines under him. He was one of the most hard-working technicians in the platoon as well as one of the most knowledgeable. When not conducting our normal day to day duties Adam would regularly be found assisting other marines with any task that needed to be completed and teaching the newer marines anything that may be needed. Adam has regularly help me with issues both professional and personal without hesitation and has even driven from California to Wyoming to help me when I needed it.

I strongly support Adam Mcgibney as an upstanding individual and well-disciplined marine that deserves to be set on bail. I certify under penalty of perjury that the foregoing statement is true and correct to the best of my knowledge and belief.


Respectfully,

Alexander J. Mata

# EXHIBIT 7

DocuSign Envelope ID: 025F6408-3A2A-43FD-9159-B69CC81B98D8

## DECLARATION OF TIMOTHY O'BRIEN

I, Timothy O'Brien, declare as follows:

1.      I submit this declaration in support of Adam McGibney.  The matters stated herein are within my personal knowledge, and, if called as a witness, I could and would competently testify thereto.

2.      I earned my Juris Doctorate degree from Fordham University School of law, when I graduated in May of 2020.  I recently passed the Universal Bar Exam and am currently awaiting admission to the New York State Bar.  I am now employed at Otterbourg P.C., a law firm in New York, New York.

3.      In or about the beginning of 2007, I met Adam McGibney in our eighth-grade history class.  Adam has always had a passion for history and often displayed a level of knowledge far beyond the average student.  This trend and our friendship continued throughout high school, Adam was a dedicated and intelligent student who could have gone on to a prestigious college.  Instead, Adam felt a calling to serve this country.  After working through the application process and overcoming certain medical issues, Adam achieved his goal and enlisted in the United States Marine Core.  Despite our geographic separation, Adam and I remained close friends.  During his time in the Marines, we would speak on the phone.  He explained to me the satisfaction he derived from having a purpose in the military that allowed him to help others and contribute to something greater than himself.

4.      I know Adam to be an honorable, trustworthy and reliable person.  Both his military service record and academic records offer a glimpse into his strength of character.  Beyond the paper records, anyone who knows Adam in life will tell you he is a man of principle and unlike most, would put these principles before his own self-interest.  After his service with the Marine Core was complete, Adam began taking college courses in California.  It is no surprise that he achieved top marks in all of his classes.  We talked several times about his plans and goals.  He intended to complete his college degree and eventually go on to law school, a path

1

DocuSign Envelope ID: 025F6408-3A2A-43FD-9159-B69CC81B98D8

I was in the process of completing.  I told him all of the challenges that came with the process of applying to and attending law school.  Adam embraced the challenges of this career choice and looked forward to a life where his time and efforts could be given in the service of others.

5.      If the court is inclined to release Adam on bail or on his own recognizance, I welcome him to stay with my girlfriend and I in our apartment in New York City.  Our friendship has stood the test of time and distance.  I would do the same that I believe he would do for me, which is anything in his power to help.

6.      I do not have any firearms in my possession.  If Adam comes to stay with us, he would not have access to any weapons.  Should Adam access any weapons while living with us, I will immediately advise the Court.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Executed this 10th day of January, 2021, at New York, New York.

DocuSigned by:

*Timothy O'Brien*

CD374EB30B7047A...

_____

Timothy O'Brien

99910-25600/3828199.1