UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No: 1:20-CR-42 |
| | ) | |
| ADAM D. McGIBNEY | ) | |

## STIPULATION

Comes now the United States of America by Sarah E. Nokes, Assistant United States Attorney for the Northern District of Indiana, and the defendant, Adam D. McGibney by his attorney, George E. Horn, Jr., and hereby enter into the following stipulations regarding facts and evidence relevant to the issues to be addressed at the evidentiary hearing on the defendant's Motions to Suppress set February 12, 2021:

1. The parties agree that the defendant was subject to a custodial interview on the afternoon of July 20, 2020 with Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Special Agent ("SA") Caleb Anderson and Task Force Officer ("TFO") Phil Ealing.

2. The parties agree that the DVD attached hereto contains a true and accurate recording of the aforementioned custodial interview, which has been labeled as Government's Exhibit 1. The defendant does not object to the admission in evidence of Government's Exhibit 1 at the evidentiary hearing set February 12, 2021.

3. The parties agree that on July 23, 2020, SA Anderson sought and received a search warrant from this Court to search the defendant's cell phone and seize certain items. (1:20-MJ-63). This document remains under seal. The parties agree that the

document labeled Government's Exhibit 2, attached to this filing under seal, is a true and accurate copy of the affidavit, search warrant and return for the search of said cell phone. The defendant does not object to the admission in evidence of Government's Exhibit 2 at the evidentiary hearing set February 12, 2021.

4. The parties agree that the Indiana State Police has standard operating procedures (SOP) for several aspects of the work that they do. The parties agree that the attached document, labeled Government's Exhibit 3, is a true and correct copy of the SOP for impounding vehicles which was in effect at the time of the traffic stop of the defendant on July 20, 2020. The defendant does not object to the admission in evidence of Government's Exhibit 3 at the evidentiary hearing set February 12, 2021.

WHEREFORE, the parties ask the Court to accept the above-detailed information and agreements of the parties as stipulated matters at the evidentiary hearing set February 12, 2021.

Respectfully submitted,

GARY T. BELL
ACTING UNITED STATES ATTORNEY

   */s/ George E. Horn, Jr.*　　　　　　　　　　*/s/ Sarah E. Nokes*
George E. Horn, Jr.　　　　　　　　　　Sarah E. Nokes
Attorney for Defendant　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　E. Ross Adair Federal Building
　　　　　　　　　　　　　　　　　　& United States Courthouse
　　　　　　　　　　　　　　　　　　1300 South Harrison Street
　　　　　　　　　　　　　　　　　　Room 3128
　　　　　　　　　　　　　　　　　　Fort Wayne, IN 46802-3489
　　　　　　　　　　　　　　　　　　Telephone: (260) 422-2595
　　　　　　　　　　　　　　　　　　Facsimile:　(260) 426-1616
　　　　　　　　　　　　　　　　　　E-mail: sarah.nokes@usdoj.gov