UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S REQUEST TO MODIFY CONDITIONS OF RELEASE

Comes now Defendant, Adam D. McGibney, by counsel, to request the Court modify his current conditions of release to allow for his performing volunteer community service work, stating in support as follows:

1. That Defendant is currently on bail following an Order of this Court issued on February 17, 2021.

2. As part of his conditions of bail, Defendant wears an ankle monitor and reports to Pretrial Services in South Bend, Indiana.

3. Defendant has secured an approved residence located at 716 N. Niles Avenue, Apt. 121, South Bend, Indiana.

4. That while awaiting further proceedings in this matter, Defendant has located community service work which he desires to perform at an animal shelter in South Bend. This shelter is named Pet Refuge and is located at 4626 S. Burnett Drive, South Bend, Indiana.

5. That upon an order approving Defendant's ability to volunteer at this shelter, he will obtain potential work hours, identify supervisory personnel and other work related information, forwarding same as required to Pretrial Services.

6. The business at which Defendant would like to volunteer his time is located in the Northern District of Indiana, specifically in St. Joseph County, Indiana.

7. The undersigned has communicated with AUSA Sarah Nokes regarding this request. Ms. Nokes informed the undersigned that the Government defers to Pretrial Services on Mr. McGibney's request, further indicating that if Pretrial Services is fine with the request, the Government will not object.

WHEREFORE, Defendant respectfully requests this Court enter an Order modifying his terms of release, allowing him to perform community service work at Pet Refuge.

Dated: March 8, 2021                    Respectfully submitted,

                                        BARNES & THORNBURG LLP


                                        */s/George E. Horn, Jr.*
                                        George E. Horn, Jr. (11721-71)
                                        201 S. Main St., Suite 400
                                        South Bend, Indiana 46601
                                        Telephone: (574) 233-1171

                                        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of March, 2021, service of a true and accurate copy of the foregoing ***Defendant's Request to Modify Conditions of Release*** was served on the United States Attorney via the Court's ECF system.

BARNES & THORNBURG LLP

*/s/ George E. Horn, Jr.*