# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-CR-42-HAB |
| | ) | |
| ADAM D. McGIBNEY | ) | |

## ORDER

On March 8, 2021, Defendant requested that the Court modify his conditions of pre-trial release to allow him to volunteer at the Pet Refuge animal shelter in South Bend, Indiana. (ECF No. 71). The Court directed the United States Probation Office/Pretrial Services to respond to Defendant's request. (ECF No. 72). Pretrial Services responded on March 11, 2021. (ECF No. 73). The Pretrial Services Officer indicated that he had no objection to Defendant volunteering while on release, but he did not believe that Pet Refuge would be an appropriate location because "Pet Refuge is located next door to Kodiak Firing Range and Training Facility." (ECF No. 73 at 2).

In light of the Pretrial Services recommendation, Defendant's Request to Modify Conditions of Release is DENIED. The Court will consider future requests for Defendant to volunteer at more appropriate locations. Any future requests to modify Defendant's conditions of release should present Pretrial Service's position on the request.

SO ORDERED on March 12, 2021.

    s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT