UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S AMENDED SECOND REQUEST TO MODIFY CONDITIONS OF RELEASE

Comes now Defendant, Adam D. McGibney, by counsel, to request the Court modify his current conditions of release to allow for his performing volunteer community service work, stating in support as follows:

1. That Defendant is currently on bail following an Order of this Court issued on February 17, 2021.

2. As part of his conditions of bail, Defendant wears an ankle monitor and reports to Pretrial Services in South Bend, Indiana.

3. Defendant has secured an approved residence located at 716 N. Niles Avenue, Apt. 121, South Bend, Indiana.

4. That while awaiting further proceedings in this matter, Defendant has located community service work which he desires to perform at either of the following animal shelters in St. Joseph County, Indiana:

South Bend Animal Care and Control
521 Eclipse Place
South Bend, IN 46628

      All Rescue
      2300 W. 6th Street
      Mishawaka, IN 46544

     5.    That upon an order approving Defendant's ability to volunteer at these shelters, he will immediately apply to volunteer his services at each shelter. Should he be allowed to perform volunteer work at either location, Defendant will immediately notify Pretrial Services of his work hours, identify supervisory personnel and other work related information as requested.

     6.    Both businesses listed above are located in the Northern District of Indiana, specifically in St. Joseph County, Indiana.

     7.    The undersigned has communicated with Gregory Coleman at Pretrial Services and Mr. Coleman has informed the undersigned that Pretrial Services has no objection to Mr. McGibney volunteering at either of the locations listed above.

     8.    The undersigned has communicated with AUSA Sarah Nokes regarding this request. Ms. Nokes informed the undersigned that the Government defers to Pretrial Services on Mr. McGibney's request, further indicating that if Pretrial Services is fine with the request, the Government will not object.

     WHEREFORE, Mr. McGibney respectfully requests that the Court modify his current conditions of release, allowing him to apply for volunteer service at each of the locations listed and, that upon being approved to volunteer services at either or both locations, that he provide all information requested by Pretrial Services and that the terms and conditions of his home detention be modified to allow him to perform this volunteer work.

Dated:  March 24, 2021    Respectfully submitted,

BARNES & THORNBURG LLP

*/s/George E. Horn, Jr.*
George E. Horn, Jr. (11721-71)
201 S. Main St., Suite 400
South Bend, Indiana 46601
Telephone:  (574) 233-1171

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March, 2021, service of a true and accurate copy of the foregoing ***Defendant's Amended Second Request to Modify Conditions of Release*** was served on the United States Attorney via the Court's ECF system.

BARNES & THORNBURG LLP

*/s/ George E. Horn, Jr.*