UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR RELEASE FROM CONDITIONS OF BAIL

Comes now Defendant Adam D. McGibney, by counsel, and respectfully moves the Court to enter an Order releasing Defendant from the conditions of bail, stating in support as follows:

1. Defendant is currently on bail following an Order of this Court issued on February 17, 2021 [ECF No. 70].

2. As part of his conditions of bail, Defendant wears an ankle monitor and reports to Pretrial Services in South Bend, Indiana.

3. On June 14, 2021, this Court issued an Opinion and Order [ECF No. 88] granting Defendant's Motion to Suppress Regarding Stop of Automobile [ECF No. 28], and suppressed all evidence seized as a result of the illegal stop under the fruit of the poisonous tree doctrine.

4. Because the traffic stop of Mr. McGibney "was illegal *ab initio*," and "all evidence so seized must be suppressed," the Government has no evidence to support its charge against Mr. McGibney. [ECF No. 88 at 10].

5. Because the Government has no evidence to support its charge against Mr. McGibney, Mr. McGibney respectfully requests that he be immediately released from all conditions of bail.

6. The undersigned has addressed this request with AUSA Sarah Nokes and the Government has no objection to the removal of Mr. McGibney's conditions of bail.

WHEREFORE, Mr. McGibney respectfully requests that the Court remove his current conditions of bail.

Dated:  June 16, 2021          Respectfully submitted,

BARNES & THORNBURG LLP

*/s/George E. Horn, Jr.*
George E. Horn, Jr. (11721-71)
Michael S. Bergerson, Jr. (35976-46)
201 S. Main St., Suite 400
South Bend, Indiana 46601
Telephone:  (574) 233-1171

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of June, 2021, service of a true and accurate copy of the foregoing motion was served on the United States Attorney via the Court's ECF system.

BARNES & THORNBURG LLP

*/s/ George E. Horn, Jr.*