UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-42 |
| ) | |
| ADAM D. McGIBNEY ) | |

MOTION TO DISMISS INDICTMENT

Comes now the United States of America and moves the Court to dismiss the Indictment filed in the above-captioned cause on July 22, 2020.

WHEREFORE, the United States seeks leave of Court to dismiss the Indictment filed in the above-captioned cause.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

   /s/ Sarah E. Nokes
By:   Sarah E. Nokes
Assistant United States Attorney
E. Ross Adair Federal Bldg.
& U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone:  (260) 422-2595
Facsimile:   (260) 426-1616
E-mail Address: sarah.nokes@usdoj.gov