UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:20-CR-42 |
| | ) | |
| ADAM D. McGIBNEY | ) | |

NOTICE TO THE COURT

Comes now, the United States of America by its attorney, Sarah E. Nokes, Assistant United States Attorney, and states:

Pursuant to the Court's Order, the Government advises that it seeks to dismiss the Indictment filed on July 22, 2020 with prejudice.

Respectfully submitted,

TINA L. NOMMAY
ACTING UNITED STATES ATTORNEY

         */s/ Sarah E. Nokes*
By:   Sarah E. Nokes
      Assistant United States Attorney
      E. Ross Adair Federal Bldg.
      & U.S. Courthouse
      1300 S. Harrison Street, Room 3128
      Fort Wayne, IN 46802-3489
      Telephone:  (260) 422-2595
      Facsimile:   (260) 426-1616
      Email address: sarah.nokes@usdoj.gov