# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:20-CR-42-HAB |
| | ) | |
| ADAM D. MCGIBNEY | ) | |

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Indictment [ECF No. 92], filed on July 1, 2021. In the Motion, the Government seeks leave of Court to dismiss with prejudice the Indictment [ECF No. 1] filed in the above-captioned cause.

The Court, being duly advised, GRANTS the Government's Motion [ECF No. 92] and DISMISSES WITH PREJUDICE the Indictment . The Court DIRECTS the Clerk to close this case as to Defendant Adam D. McGibney.

SO ORDERED on July 2, 2021.

s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT